UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -- DETROIT

IN THE MATTER OF:

Mathew M. Martino and Rachel H. Martino,
Debtor(s).
_____/

CHAPTER 13
CASE NO. 11-62233-TJT
JUDGE THOMAS J. TUCKER

### TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

NOW COMES, the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

1. The Trustee objects to this expense as it is not reasonably necessary for the maintenance and support of the debtors and their dependents. The Trustee requests that the debtors increase best effort by $50.00 per month and the dividend to unsecured creditors accordingly.

2. The Plan fails to provide that 100% of profit sharing funds and/or bonuses received by the debtor during the pendency of the Plan be remitted to the Trustee for distribution among creditors in contravention of 11 U.S.C. 1325(b) and In re Freeman, 86 F.3d 478 (6th Cir., 1996).

3. The debtor's Plan fails to provide that all of the debtor's projected disposable income be utilized to fund the Plan. Specifically, the debtor's Schedule J has overstated the following expense(s) in contravention of 11 U.S.C. 1325(a)(3) and/or 11 U.S.C. 1325(b):

   a. Rent - $1,850.00
   b. Electricity and heat - $350.00
   c. School activities - $250.00
   d. Mortgage payment on rental home - $1,300.00

The Trustee requests that the debtor provide proof of these expenses within fourteen days.

4. The debtor testified at the First Meeting of Creditors and also indicates in the schedules that they are renting property and receiving $1,000.00 a month; however, their current mortgage payment is $1,300.00. The Trustee requests that the debtors amend Schedules I and J at the point in time that they begin receiving rental income of $1,300.00 per month.

5. Based upon the debtor's testimony at the First Meeting of Creditors, the debtor's **address** as disclosed on the Petition is incorrect. The Trustee therefore requests that the debtor amend the same and serve it upon all parties in interest.

WHEREFORE, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

October 5, 2011

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Tammy L. Terry, Chapter 13 Trustee
/s/ *Tammy L. Terry*
/s/TAMMY L. TERRY (P-46254)
Chapter 13 Standing Trustee
/s/ KIMBERLY SHORTER - SIEBERT (P-49608)
/s/ MARILYN R. SOMERS-KANTZER (P-52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Mathew M. Martino and Rachel H. Martino,
Debtor(s).

CHAPTER 13
CASE NO. 11-62233-TJT
JUDGE THOMAS J. TUCKER

## CERTIFICATE OF MAILING

I hereby certify that a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

October 11, 2011

/s/ *Patrice N. Watson*
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net


Mathew M. Martino and Rachel H. Martino
19047 HAZELTON
Macomb, MI 480420000


FREGO & ASSOCIATES
23843 JOY ROAD
DEARBORN HEIGHTS, MI 481270000